# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

May 5, 2023

Clerk
United States Court of Appeals for the District
of Columbia Circuit
333 Constitution Avenue, NW
Washington, DC 20001

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

MAY 10 2023

RECEIVED

Re: Edison Electric Institute, et al.
v. Federal Energy Regulatory Commission, et al.
Application No. 22A969
(Your No. 21-1126, 21-1136, 21-1142, 21-1149, 21-1175)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to The Chief Justice, who on May 5, 2023, extended the time to and including June 14, 2023.

This letter has been sent to those designated on the attached notification list.

Sincerely,

**Scott S. Harris**, Clerk

by
Sara Simmons
Case Analyst

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Mr. Jeremy Charles Marwell
Vinson & Elkins LLP
2200 Pennsylvania Avenue, NW, Suite 500W
Washington, DC 20037

Mrs. Elizabeth B. Prelogar
Solicitor General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Clerk
United States Court of Appeals for the District of Columbia Circuit
333 Constitution Avenue, NW
Washington, DC 20001

OFFICE OF THE CLERK
**SUPREME COURT OF THE UNITED STATES**
WASHINGTON, DC 20543-0001

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

NEOPOST
05/08/2023
US POSTAGE $000.60⁰

FIRST-CLASS MAIL
US OFFICIAL MAIL
$300 Penalty
For Private Use
ZIP 20543
041M11120601

20001$2866 C003