# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 5, 2024

Clerk
United States Court of Appeals
 for the District of Columbia Circuit
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave., NW, Room 5205
Washington, DC 20001-2866

      Re:   Edison Elec. Inst., et al.
             v. FERC, et al.
             **No. 22-1246 (Your docket Nos. 21-1126; 21-1136; 21-1142; 21-1149; 21-1175)**

Dear Clerk:

      Attached please find a certified copy of the judgment of this Court in the above-entitled case.

      Sincerely,

      SCOTT S. HARRIS, Clerk

      By

      *M. Altner*
      M. Altner
      Assistant Clerk – Judgments

Enc.
cc:    All counsel of record

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 5, 2024

Mr. Jeremy Charles Marwell, Esq.
Vinson & Elkins LLP
2200 Pennsylvania Avenue, N.W.
Suite 500W
Washington, D.C. 20037

Mr. Robert Mark Loeb, Esq.
Orrick, Herrington & Sutcliffe LLP
1152 15th Street, NW
Washington, D.C. 20005

Mrs. Elizabeth B. Prelogar, Esq.
Solicitor General
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

> Re:   Edison Elec. Inst., et al.
>       v. FERC, et al.
>       No. 22-1246

Dear Counsel:

Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the District of Columbia Circuit.

The petitioners are given recovery of costs in this Court as follows:

**Clerk's costs:**         $300.00

This amount may be recovered from the respondents.

Sincerely,

SCOTT S. HARRIS, Clerk

By

*M. Altner*
M. Altner
Assistant Clerk – Judgments

cc: Clerk, D.C. Cir.
(Your docket Nos. 21-1126; 21-1136; 21-1142; 21-1149; 21-1175)

# Supreme Court of the United States

No. 22–1246

**EDISON ELECTRIC INSTITUTE, ET AL.,**

Petitioners

v.

**FEDERAL ENERGY REGULATORY COMMISSION, ET AL.**

**ON PETITION FOR WRIT OF CERTIORARI** to the United States Court of Appeals for the District of Columbia Circuit.

**THIS CAUSE** having been submitted on the petition for writ of certiorari and the response thereto.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the petition for writ of certiorari is granted. The judgment of the above court is vacated, and the case is remanded to the United States Court of Appeals for the District of Columbia Circuit for further consideration in light of *Loper Bright Enterprises* v. *Raimondo*, 603 U. S. ___ (2024).

**IT IS FURTHER ORDERED** that the petitioners, Edison Electric Institute, et al., recover from Federal Energy Regulatory Commission, et al., Three Hundred Dollars ($300.00) for costs herein expended.

July 2, 2024



A True copy SCOTT S. HARRIS

Clerk of the Supreme Court of the United States