# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Edison Electric Institute, et al.

v.

Federal Energy Regulatory Commission

**Case No:** 21-1136, 21-1142, 21-1149

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained  ○ Pro Bono  ○ Appointed (CJA/FPD)  ○ Gov't counsel

for the  ○ Appellant(s)/Petitioner(s)  ○ Appellee(s)/Respondent(s)  ● Intervenor(s)  ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Broadview Solar LLC

### Counsel Information

Lead Counsel:

Direct Phone: (____) _____  Fax: (____) _____  Email:

2nd Counsel:

Direct Phone: (____) ____-____  Fax: (____) _____  Email:

3rd Counsel: Robbie Manhas

Direct Phone: (202) 339-8579  Fax: (202) 339-8500  Email: rmanhas@orrick.com

Firm Name: Orrick, Herrington & Sutcliffe LLP

Firm Address: 2100 Pennsylvania Ave., NW, Washington, DC 20037

Firm Phone: (202) 339-8400  Fax: (202) 339-8500  Email: rloeb@orrick.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)