# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Solar Energy Industries Association

**v.**

Federal Energy Regulatory Commission

**Case No:** 21-1126, -1136, -1142, -1149

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel for the ○ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ● Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

North Carolina Sustainable Energy Coalition

South Carolina Coastal Conservation League

Southern Alliance for Clean Energy

### Counsel Information

Lead Counsel: Linnet Davis-Stermitz

Direct Phone: (909) 240-3920  Fax: (___) ___-____  Email: ldavisstermitz@earthjustice.org

2nd Counsel:

Direct Phone: (___) ___-____  Fax: (___) ___-____  Email:

3rd Counsel:

Direct Phone: (___) ___-____  Fax: (___) ___-____  Email:

Firm Name: Earthjustice

Firm Address: 810 Third Ave., Ste. 610 Seattle, WA 98104

Firm Phone: (206) 343-7340  Fax: (___) ___-____  Email: nwoffice@earthjustice.org

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)