# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 21-1126**  September Term, 2022

FERC-QF17-454-007
FERC-QF17-454-006

**Filed On: February 14, 2023** [1985838]

Solar Energy Industries Association,

     Petitioner

     v.

Federal Energy Regulatory Commission,

     Respondent

------------------------------

NewSun Energy LLC and Broadview Solar, LLC,

     Intervenors

------------------------------

Consolidated with 21-1136, 21-1142, 21-1149, 21-1175

## **O R D E R**

It is **ORDERED**, on the court's own motion, that the Clerk withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing or petition for rehearing en banc. <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41. This instruction to the Clerk is without prejudice to the right of any party to move for expedited issuance of the mandate for good cause shown.

                                     **FOR THE COURT:**
                                     Mark J. Langer, Clerk
             BY:    /s/
                                     Daniel J. Reidy
                                     Deputy Clerk