# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 21-1126**            **September Term, 2022**

FERC-QF17-454-007
FERC-QF17-454-006

**Filed On: April 11, 2023** [1994269]

Solar Energy Industries Association,

    Petitioner

    v.

Federal Energy Regulatory Commission,

    Respondent

------------------------------

NewSun Energy LLC and Broadview Solar, LLC,

    Intervenors

------------------------------

Consolidated with 21-1136, 21-1142, 21-1149, 21-1175

## M A N D A T E

In accordance with the judgment of February 14, 2023, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                         **FOR THE COURT:**
                         Mark J. Langer, Clerk

                 BY:    /s/
                         Daniel J. Reidy
                         Deputy Clerk

Link to the judgment filed February 14, 2023